# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0025. RYAN ALEXANDER MAYS v. THE STATE.**

On November 17, 2016, the trial court denied Ryan Alexander Mays' motion for reconsideration of the court's order denying of Mays' extraordinary motion for new trial. Mays' application for discretionary appeal of that order was due no later than December 19, 2016.  On January 5, 2017, this Court received and docketed Mays' motion for an extension of time to file the application for discretionary appeal.

Court of Appeals Rule 31 (a) provides that an application for discretionary appeal of this type must be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed. Rule 31 (i) further provides: "No extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date."

Accordingly, because Mays' motion for an extension of time was filed after the application's due date, the motion is DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/11/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*